# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cr-00415-SEG
## USA v. Knowland
## Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Open Court on 12/19/2025.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 4:24 P.M.     COURT REPORTER: Melissa Brock
TIME IN COURT: 2:54                 DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT: | [1] Warner Knowland Present at proceedings |
| ATTORNEYS PRESENT: | Lauren Stoia representing USA<br>Lynsey Barron representing Warner Knowland |
| PROCEEDING CATEGORY: | Change of Plea (Non-evidentiary) |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | After questioning the sworn Defendant and finding a factual basis for a plea, the Court found that he was entering his plea of guilty as to the sole count in the information freely, voluntarily, and knowingly. The Court accepted the guilty plea and adjudicated the Defendant guilty as to the sole count in the information. Defendant to remain on bond pending sentencing under the same bond conditions previously set. The Court DIRECTED counsel to provide sentencing memos not later than 5 calendar days prior to the sentencing hearing. |

HEARING STATUS: Hearing Concluded